1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, Nevada Bar Number 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Boulevard, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendants
11 FIDELITY NATIONAL TITLE GROUP, INC. and
   COMMONWEALTH LAND TITLE INSURANCE COMPANY
12
   DESIGNATED LOCAL COUNSEL FOR SERVICE OF
13 PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

14 Gary L. Compton, State Bar No. 1652
   2950 E. Flamingo Road, Suite L
15 LAS VEGAS, NEVADA 89121

16                **UNITED STATES DISTRICT COURT**

17                     **DISTRICT OF NEVADA**

18

| | |
|---|---|
| THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-11,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00341<br><br>**FIDELITY NATIONAL TITLE GROUP, INC. AND COMMONWEALTH LAND TITLE INSURANCE COMPANY'S PETITION OF REMOVAL** |



**PETITION OF REMOVAL**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

**PLEASE TAKE NOTICE** that defendants Fidelity National Title Group, Inc. ("FNTG") and Commonwealth Land Title Insurance Company ("Commonwealth") hereby file the instant petition of removal removing the instant action to the United States District Court for the District of Nevada (the "District Court"), from Nevada's Eighth District Court in and for Clark County (the "State Court"), pursuant to 28 U.S.C. §§ 1332, 1441(b) and 1446.

1.  Plaintiff The Bank of New York Mellon as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-11 ("BONY") first filed this action on February 11, 2022 in the State Court. BONY originally named as defendants FNTG and Commonwealth. A true and correct copy of the Complaint is attached hereto as **EXHIBIT ONE** and **EXHIBIT TWO.**

2.  This Court has jurisdiction over the instant action pursuant to 28 U.S.C. § 1332(a) because: (i) this action is a civil action pending within the jurisdiction and territory of the United States District Court for the District of Nevada; (ii) the action is between citizens of different states; (iii) the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs; and (iv) all procedural requirements for removal are met.

3.  ***There is Complete Diversity of Citizenship Between the Parties***. Commonwealth is a Florida corporation with its principal place of business in Jacksonville, Florida. It is therefore a citizen of Florida.[1] FNTG is alleged to be a Delaware corporation with its principal place of business in Florida. *See* Ex. 1 [Complaint], ¶ 2. Thus, it would be a citizen of Delaware and Florida. BONY alleges that it is a New York banking institution, stating "Plaintiff, BONY, is a national banking association chartered under the laws of the United States with its main office in the State of New York." Ex. 1 [Complaint], ¶ 1. Accordingly, BONY is a citizen of New York and there is complete diversity of citizenship between and among the parties. *Wachovia Bank v.*

---

[1] BONY erroneously alleges that Commonwealth is a Nebraska corporation with its principal place of business in Florida. Even if this were so, Commonwealth would be a citizen of Nebraska and Florida and diverse from each plaintiff.

1
**PETITION OF REMOVAL**

1  *Schmidt*, 546 U.S. 303, 319 (2006) (national bank association is citizen of state where its main
2  office is located).

3      4.    ***All Defendants Consent to the Removal***. FNTG and Commonwealth are the only
4  defendants named in BONY's Complaint. Accordingly, all defendants have consented to the
5  removal.

6      5.    ***The Amount in Controversy Exceeds $75,000***. The complaint in this action seeks
7  both monetary and nonmonetary relief. BONY contends that it was the beneficiary of a deed of
8  trust (the "Deed of Trust") recorded against the real property located at 251 Green Valley
9  Parkway, Unit 121, Henderson NV 89012 (the "Property"). *See* Ex. 1 [Complaint], ¶¶ 69, 86.
10 The HOA for the Property recorded a Notice of Delinquent Assessment Lien against the Property.
11 *See* Ex. 1 [Complaint], ¶ 110. The HOA then sold the Property at foreclosure to LVDG LLC
12 Series 12 ("LVDG"). *See* Ex. 1 [Complaint], ¶ 116. BONY then filed a lawsuit against LVDG to
13 quiet title to the Property (the "Underlying Action"). It is Commonwealth's understanding that
14 BONY is seeking to recover (i) all losses or damages, up to the full $124.800 Amount of
15 Insurance for the Policy (Ex. 1 [Complaint], p. 36), that BONY claims it sustained as a result of
16 the HOA's foreclosure sale on the Property; (ii) its attorney fees in the Underlying Actions; (iii)
17 its attorney fees in this action; and (iv) punitive damages. Thus, the amount in controversy in this
18 action substantially exceeds the $75,000 jurisdictional minimum of this District Court.

19     6.    ***FNTG and Commonwealth Timely Filed This Notice of Removal***. This action
20 was filed on February 11, 2022. Thus, there can be no dispute that Defendants timely filed the
21 instant notice of removal (i.e., within the 30-day period prescribed by 28 U.S.C. § 1446(b)(1), and
22 less than one year after the action was initiated, as required by 28 U.S.C. § 1446(c)(1)).

23     7.    ***Notice to the State Court and All Adverse Parties.*** Commonwealth will give
24 notice of this removal to all adverse parties in the action and to the State Court promptly after the
25 filing of the instant Notice of Removal, in compliance with the requirements of 28 U.S.C. §
26 1446(d).

27     8.    ***All Pleadings from the State Court Action Have Been Attached***. The only
28 pleadings from the State Court Action are attached hereto as **EXHIBIT ONE, EXHIBIT TWO**



**PETITION OF REMOVAL**

1  and **EXHIBIT THREE.**

2      9.  ***This Notice Complies with Fed. R. Civ. P. 11.***  This Notice of Removal is hereby
3  signed pursuant to Fed. R. Civ. P. 11(a).

4      10.  Accordingly, as FNTG and Commonwealth have complied with all applicable
5  terms of 28 U.S.C. § 1446, it hereby removes this action in intervention from the State Court to
6  the District Court, and it hereby requests that further proceedings be conducted in the District
7  Court as provided by law.

                              Respectfully submitted,

Dated:  February 23, 2022        EARLY SULLIVAN WRIGHT
                                    GIZER & McRAE LLP

                             By:  */s/-Scott E. Gizer*
                                SCOTT E. GIZER
                                Attorneys for Defendant
                                FIDELITY NATIONAL TITLE GROUP,
                                INC. and COMMONWEALTH LAND TITLE
                                INSURANCE COMPANY

Dated:  February 23, 2022        SINCLAIR BRAUN LLP

                             By:  */s/-Kevin S. Sinclair*
                                KEVIN S. SINCLAIR
                                Attorneys for Defendant
                                FIDELITY NATIONAL TITLE GROUP,
                                INC. and COMMONWEALTH LAND TITLE
                                INSURANCE COMPANY

