Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>           Plaintiff,<br><br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY et al.,<br><br>           Defendants. | Case No.: 2:22-CV-00341-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**FIRST REQUEST** |

   COMES NOW defendant Commonwealth Land Title Insurance Company ("Commonwealth") and plaintiff Bank of New York Mellon ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

   1.   On February 11, 2022, BONY filed its complaint in the Eighth Judicial District Court for the State of Nevada;

1      2. On February 23, 2022, Commonwealth removed the instant case to the United
2  States District Court for the State of Nevada (ECF No. 1);

3      3. Commonwealth's response to BONY's complaint is currently due on March 22,
4  2022;

5      4. Counsel for Commonwealth request a 30-day extension of Commonwealth's
6  deadline to respond to BONY's complaint, through and including Thursday, April 21, 2022 to
7  afford Commonwealth's counsel additional time to review and respond to BONY's complaint.

8      5. Counsel for BONY does not oppose the requested extension;

9      6. This is the first request for an extension made by counsel for Commonwealth,
10  which is made in good faith and not for the purposes of delay.

11      7. This stipulation is entered into without waiving any of Commonwealth's
12  objections under Fed. R. Civ. P. 12.

13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

**IT IS SO STIPULATED** that Commonwealth's deadline to respond to the complaint is hereby extended through and including Thursday, April 21, 2022.

Dated: March 20, 2022                    SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    COMMONWEALTH LAND TITLE
    INSURANCE COMPANY

Dated: March 20, 2022                    WRIGHT FINLAY & ZAK, LLP

By:  /s/-Lindsay D. Dragon
    LINDSAY D. DRAGON
    Attorneys for Plaintiff
    BANK OF NEW YORK MELLON

**IT IS SO ORDERED.**

Dated  March 21, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE