1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No.: 2:22-CV-00341-RFB-NJK |
| Plaintiff, | **ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| vs. | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY et al., | **SECOND REQUEST** |
| Defendants. | |

COMES NOW defendants Commonwealth Land Title Insurance Company ("Commonwealth") and Fidelity National Title Group, Inc. ("FNTG") (collectively, "Defendants"), on the one hand, and plaintiff Bank of New York Mellon ("BONY"), on the other hand, by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On February 11, 2022, BONY filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On February 23, 2022, Commonwealth removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On March 21, 2022 the Court granted the Parties' first stipulation to extend Defendants' deadline to respond to the Complaint (ECF No. 12);

4. Defendants' current deadline to respond to the Complaint is April 21, 2022;

5. FNTG's response to BONY's complaint is currently due on April 21, 2022;

6. Counsel for Defendants request a 32-day extension of their deadline to respond to BONY's Complaint, through and including Monday, May 23, 2022, to afford Commonwealth additional time to review and respond to BONY's complaint and to afford the Parties additional time to finalize an agreement that will likely result in the dismissal of FNTG from this action;

7. Counsel for BONY does not oppose the requested extension;

8. This is the second request for an extension made by Defendants, which is made in good faith and not for the purposes of delay.

9. This stipulation is entered into without waiving any of Commonwealth's objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//

**IT IS SO STIPULATED** that Defendants' deadline to respond to the complaint is hereby extended through and including Monday, May 23, 2022.

Dated: April 21, 2022						SINCLAIR BRAUN LLP


							By:  */s/-Kevin S. Sinclair*
							     KEVIN S. SINCLAIR
							     Attorneys for Defendants
							     COMMONWEALTH LAND TITLE
							     INSURANCE COMPANY

Dated: April 21, 2022						WRIGHT FINLAY & ZAK, LLP


							By:  */s/-Lindsay D. Dragon*
							     LINDSAY D. DRAGON
							     Attorneys for Plaintiff
							     BANK OF NEW YORK MELLON

**IT IS SO ORDERED.**

   Dated April 22, 2022.

							_____
							NANCY J. KOPPE
							UNITED STATES MAGISTRATE JUDGE