Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No.: 2:22-CV-00341-ART-NJK<br><br>**STIPULATION TO STAY CASE PER STATUS CONFERENCE WITH DISTRICT COURT** |

    Plaintiff Bank of New York Mellon and defendants Chicago Title Insurance Company and Fidelity National Title Group, Inc., by and through their undersigned counsel, hereby stipulate and agree as follows, subject to the approval of the District Court.

    **WHEREAS**, this is one of over 100 title insurance coverage disputes pending before the courts within the state of Nevada following an HOA foreclosure sale (and one of many such cases

recently assigned to the Hon. Anne R. Traum). The majority of case concern the ALTA 1992 or ALTA 2006 loan policies of title insurance, along with the CLTA 100/ALTA 9, CLTA 115.1/ALTA 4, and CLTA 115.1/ALTA 5 endorsement forms;

**WHEREAS**, on May 5, 2022, the parties in another one of these cases (*Deutsche Bank National Trust Company v. Fidelity National Title Group, Inc. et al.*, Case No. 2:20-cv-02355-ART-NJK) involving the same counsel as in this case appeared for a status conference before the Hon. Anne R. Traum;

**WHEREAS**, at the May 5, 2022, the parties discussed staying many of these cases that are now pending before the Hon. Anne R. Traum, and the Court agreed that, in the interest of judicial economy, good cause existed to stay many of these cases, to allow the parties to see how other such cases developed;

**WHEREAS**, in the interest of judicial economy, the instant case is among those that the parties believe there is good cause to stay this case;

**NOW THEREFORE**, the parties stipulate and agree as follows, subject to the approval of the District Court:

1. This case shall be **STAYED** for a period of six months;
2. All deadlines currently set in this case are hereby **VACATED**.
3. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

//
//
//
//
//
//
//
//
//



**STIPULATION TO STAY CASE PER STATUS CONFERENCE WITH DISTRICT COURT**

4. The Parties will submit a new joint Rule 26(f) report within thirty (30) days after the stay is lifted.

Dated: July 15, 2022          WRIGHT FINLAY & ZAK LLP

By:   */s/-Lindsay D. Dragon*
LINDSAY D. DRAGON
Attorneys for Plaintiff
BANK OF NEW YORK MELLON

Dated: July 15, 2022          SINCLAIR BRAUN LLP

By:   */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2022.

_____
THE HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE



**STIPULATION TO STAY CASE PER STATUS CONFERENCE WITH DISTRICT COURT**