**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No.: 2:22-CV-00341-ART-NJK |
| Plaintiff, | **ORDER APPROVING STIPULATION TO STAY CASE PER STATUS CONFERENCE WITH DISTRICT COURT** |
| vs. | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, et al., | |
| Defendants. | |

Plaintiff Bank of New York Mellon and defendants Chicago Title Insurance Company and Fidelity National Title Group, Inc., by and through their undersigned counsel, hereby stipulate and agree as follows, subject to the approval of the District Court.

**WHEREAS**, this is one of over 100 title insurance coverage disputes pending before the courts within the state of Nevada following an HOA foreclosure sale (and one of many such cases



1

**STIPULATION TO STAY CASE PER STATUS CONFERENCE WITH DISTRICT COURT**

1  recently assigned to the Hon. Anne R. Traum). The majority of case concern the ALTA 1992 or ALTA 2006 loan policies of title insurance, along with the CLTA 100/ALTA 9, CLTA 115.1/ALTA 4, and CLTA 115.1/ALTA 5 endorsement forms;

**WHEREAS**, on May 5, 2022, the parties in another one of these cases (*Deutsche Bank National Trust Company v. Fidelity National Title Group, Inc. et al.*, Case No. 2:20-cv-02355-ART-NJK) involving the same counsel as in this case appeared for a status conference before the Hon. Anne R. Traum;

**WHEREAS**, at the May 5, 2022, the parties discussed staying many of these cases that are now pending before the Hon. Anne R. Traum, and the Court agreed that, in the interest of judicial economy, good cause existed to stay many of these cases, to allow the parties to see how other such cases developed;

**WHEREAS**, in the interest of judicial economy, the instant case is among those that the parties believe there is good cause to stay this case;

**NOW THEREFORE**, the parties stipulate and agree as follows, subject to the approval of the District Court:

1. This case shall be **STAYED** for a period of six months;
2. All deadlines currently set in this case are hereby **VACATED**.
3. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

//
//
//
//
//
//
//
//
//



2
**STIPULATION TO STAY CASE PER STATUS CONFERENCE WITH DISTRICT COURT**

4. The Parties will submit a new joint Rule 26(f) report within thirty (30) days after the stay is lifted.

Dated: July 15, 2022                          WRIGHT FINLAY & ZAK LLP


By:   */s/-Lindsay D. Dragon*
      LINDSAY D. DRAGON
      Attorneys for Plaintiff
      BANK OF NEW YORK MELLON

Dated: July 15, 2022                          SINCLAIR BRAUN LLP


By:   */s/-Kevin S. Sinclair*
      KEVIN S. SINCLAIR
      Attorneys for Defendant
      COMMONWEALTH LAND TITLE
      INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated this 19th day of July, 2022.

_____
THE HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE



**STIPULATION TO STAY CASE PER STATUS CONFERENCE WITH DISTRICT COURT**