Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
COMMONWEALTH LAND TITLE INSURANCE COMPANY
AND FIDELITY NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE
OF PROCESS ONLY PER L.R. IA 11-1(b)(ii)

Janet Trost, Esq., State Bar No. 4072
501 S. Rancho Drive
Suite H-56
Las Vegas, NV 89106

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.: 2:22-cv-00341-ART-NJK<br><br>**NOTICE OF CHANGE OF DESIGNATION OF LOCAL COUNSEL FOR SERVICE OF PROCESS ONLY PER LOCAL RULE IA 11-1(b)** |

**PLEASE TAKE NOTICE** that as of the date appearing below, attorney Gary L. Compton, Esq. will no longer serve as designated local counsel for service of process for Sinclair Braun LLP pursuant to Local Rule IA 11-1(b), and no further papers, process or pleadings should be served on Mr. Compton.



1  Counsel of record Kevin Sinclair and Sinclair Braun LLP hereby designate Janet Trost,
2  Esq. as designated local counsel for service of process only pursuant to Local Rule IA 11-1(b).
3  All papers, process, or pleadings required to be served on Mr. Sinclair may be directed as
4  follows:

5  Janet Trost, Esq.
   501 S. Rancho Drive
6  Suite H-56
   Las Vegas, NV 89106
7

8
   Dated:  November 16, 2022                    SINCLAIR BRAUN LLP
9

10

11                                              By:    /s/-Kevin S. Sinclair
                                                       KEVIN S. SINCLAIR
12                                                     Attorneys for Defendants
                                                       COMMONWEALTH LAND TITLE
13                                                     INSURANCE COMPANY AND FIDELITY
                                                       NATIONAL TITLE GROUP, INC.
14                                **ORDER**

15 **IT IS SO ORDERED.**

16

17                                              _____
                                                UNITED STATES MAGISTRATE JUDGE
18

19                                              Dated: November 17, 2022

