1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY et al.,<br><br>Defendants. | Case No.: 2:22-CV-00341-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff The Bank of New York Mellon and defendants Commonwealth Land Title Insurance Company and Fidelity National Title Group, Inc. stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own fees and costs.

Dated:  April 22, 2024                          SINCLAIR BRAUN KARGHER LLP


By:   */s/-Kevin S. Sinclair*
      KEVIN S. SINCLAIR
      Attorneys for Defendants
      COMMONWEALTH LAND TITLE
      INSURANCE COMPANY AND FIDELITY
      NATIONAL TITLE GROUP, INC.

Dated:  April 22, 2024                          WRIGHT FINLAY & ZAK LLP


By:   */s/-Christina V. Miller*
      CHRISTINA V. MILLER
      Attorneys for Plaintiff
      THE BANK OF NEW YORK MELLON

**IT IS SO ORDERED.**

_____
THE HON. ANN R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: April 23, 2024